PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

**United States of America**　　　　)
　　　　　　　　　　　　　　　　　)　　Filed in Open Court
　　　　vs　　　　　　　　　　　　)　　11-4-05 /ee
　　　　　　　　　　　　　　　　　)
Deona L. Wilson　　　　　　　　　)　　　　Case No. 05-20391-01 Ma

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Deona L. Wilson, have discussed with Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Participate in mental health treatment if deemed advisable by the Pretrial Services Office

I consent to this modification of my release conditions and agree to abide by this modification.

_____　11/3/05　　_____　11/3/05
Signature of Defendant　　Date　　Pretrial Services/Probation Officer　　Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____　11/4/05
Signature of Defense Counsel　　Date

[X] The above modification of conditions of release is ordered, to be effective on 11/4/05.

[ ] The above modification of conditions of release is not ordered.

_____　11/4/05
Signature of Judicial Officer　　Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-9-05

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20391 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT