IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.

DEONA WILSON,

    Defendant.

05-20391-01-Ma

~~NO. 05-I-017~~

---

ORDER GRANTING MOTION TO CONTINUE HEARING

---

Before the court is the October 21, 2005, motion by Deona Wilson to reset the hearing on the criminal information which was set on October 24, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the criminal information is **reset** to **Thursday, November 3, 2005, at 11:00 a.m.**

It is so ORDERED this 24th day of October, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 32(b) FRCrP on 11-9-05

8



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20391 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT