IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20391-01-Ma |
| | ) | |
| DEONA L. WILSON, | ) | |
| d/b/a Superior Medical | ) | |
| Supplies, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on November 3, 2005, the United States Attorney for this district appearing for the Government and the defendant, Deona L. Wilson, appearing in person and with appointed counsel, Ms. Mary Catherine Jermann.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, February 3, 2006 at 2:00 p.m.** The defendant was released on bond pending sentencing.

ENTERED this the 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20391 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT